No. 49923.—Protest 111618–K of Collin & Gissel (Galveston).

Opinion by COLE, J. It was stipulated and agreed that certain of the merchandise in question is the same in all material respects as that the subject of Collin & Gissel v. United States (12 Cust. Ct. 188, C. D. 851). In accordance therewith the merchandise was held to be free of duty under paragraph 1675 as claimed.

BEFORE THE SECOND DIVISION, JANUARY 5, 1945

No. 49924.—Protests 11648–K, etc., of Henry Pollak, Inc. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of hats or hoods composed of ramie and cellophane, similar in all material respects to those the subject of Abstract 47291, which record was admitted in evidence herein. In accordance therewith the merchandise was held dutiable as claimed.

No. 49925.—Protests 886185–G, etc., of Henry Pollak, Inc. (New York).

Opinion by TILSON, J. The record established that certain items of the merchandise consist of hats in chief value of ramie, similar in all material respects to those the subject of Abstract 47291, which record was admitted in evidence herein. In accordance therewith the claim at 25 percent was sustained as to these items.

No. 49926.—Protests 38833–K, etc., of American Straw Goods Co. (New York).

Opinion by TILSON, J. The record showed that certain items of the merchandise consisted of hats of knotted hemp, similar in all material respects to those the subject of Abstract 46497, and other items consisted of hats of ramie and cellophane, similar in all material respects to those the subject of Abstract 47291. Both records were admitted in evidence herein. In accordance therewith the items in question were held dutiable at 25 percent under paragraph 1504 (b) (1) as claimed.